## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Gregory Scott Erwin
Attorney at Law
16828 Amberwood Drive
Baton Rouge LA 70810

**REHEARING ACTION: January 27, 2010**

**Docket Number: 09   00695-CA**

**FIRST BAPTIST CHURCH OF WESTLAKE, LOUISIANA**
**VERSUS**
**JULIE ELISE CURRY LEPPO, ET AL.**

**Appealed from Calcasieu Parish Case No. 2006-1216**

**BEFORE JUDGES:**

 **Hon. Jimmie C. Peters**
 **Hon. Marc T. Amy**
 **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **First Baptist Church of Westlake, Louisiana** has this day been

 **DENIED.**

cc: Stephen Charles Polito, Counsel for the Appellee
 Randall C. Roth, Counsel for the Appellee
 William C. Kaufman  III, Counsel for the Appellee